## IN THE UNITED STATES DISTRICT COURT
## FOR SOUTHERN DISTRICT OF FLORIDA

DANIEL LOPEZ,                                                    NO.: 26-cv-21774-DPG

       Plaintiff,

v.

1370 WASHINGTON, LLC and
MAD HOUSE MIAMI LLC,

       Defendants.

_____/

### DEFENDANT, MAD HOUSE MIAMI LLC, REPORT PURSUANT TO THIS COURT'S PRACTICES FOR COMPLAINTS FILED UNDER THE AMERICANS WITH DISABILITIES ACT

Defendant, Mad House Miami LLC (Mad House), by and through undersigned counsel, hereby files its report in response to the allegations in the Plaintiff's Complaint filed under the Americans' with Disabilities Act, and states the following in support thereof.

1)     Pursuant to this Court's directives, [D.E. 6], the following is offered as Defendant's report on compliance with the issues brought forward by Plaintiff in the Complaint, paragraph 26. [D.E. # 1].

2)     Defendant agrees to remediate the decencies identified in the Complaint, under paragraph 26, within the next 90 days.

3)     Defendant asks for an entry of a stay to allow it the 90 days to comply with said reparation.

Dated April 17, 2026.                                    Respectfully Submitted,

                                             */s/Ignacio M. Alvarez*
                                           Ignacio M. Alvarez
                                           Florida Bar No. 40572
                                           Gavin L. Sinclair
                                           Florida Bar No. 1058321

ALGO Law Firm, LLP
815 Ponce De Leon Blvd., Suite 101
Coral Gables, Florida 33132
T: (305) 723-1876
lmalvarez@algofirm.com
gsinclair@algofirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of April, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record listed below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Lauren N. Wassenberg, Esq. (FBN: 34083)
Attorney for Plaintiff
Lauren N. Wassenberg & Associates, P.A.
33 SE 4th St., Ste. 100
Boca Raton, Florida 33432
844-702-8867
WassenbergL@gmail.com